**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JEFFERSON ALBERTO DE SOUZA

vs. CASE NO. 3:26-cv-2433-JEP-LLL

NATIONAL BENEFITS CENTER UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *Acting Director*, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *Director*, U.S. DEPARTMENT OF HOMELAND SECURITY, UNITED STATES ATTORNEY GENERAL

---

**ORDER OF REFERENCE**

This case is hereby referred to the assigned Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on any dispositive motions.

**ORDERED:**

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of September, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

tl
Copies:
Counsel of Record

U.S. Probation